# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-49 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| RYAN KURTZ ) | |
| ) | Magistrate Judge Michael J. Dumitru |
| ) | |

**ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation (Doc. 65) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; and (4) order that Defendant remain in custody until sentencing in this matter (Doc. 65). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 65) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **May 8, 2026 at 9:00 a.m. EST** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**
